KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275

McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Tele: (916) 554-2704

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW J. HOGAN, Acting Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior, <br><br> Defendants. | Case No: 2:05-cv-00629-LKK-GGH <br><br> **ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO STAY** <br><br> Date: June 13, 2005 <br> Time: 10:00 a.m. <br> Location: 15th Floor <br> Courtroom No. 4 |

[Proposed] Order Granting Federal
Defendants' Motion to stay

2:05-cv-00629-LKK-GGH

1       This matter is before the Court upon Federal Defendants' Motion to Stay, Plaintiffs'
2 response, and Federal Defendants' reply.
3       For good cause shown, it is hereby ORDERED that:
4       (1)    Federal Defendants' Motion is Stay is GRANTED;
5       (2)    All further proceedings in this case are STAYED until July 31, 2005, by which
6 date the United States Fish and Wildlife Service is scheduled to publish its final rule required by
7 paragraph 8 of the October 29, 2004 Memorandum and Order issued by the Court in <u>Butte
8 Environmental Council, et al. v. Norton</u>, No. 2:04-cv-00096-WBS-KJM (E.D. Cal.); and
9       (3)    No later than fourteen days after the publication of the final rule referenced in
10 paragraph (2) above, the parties shall file a joint status report proposing a schedule for further
11 proceedings in this case.
12
13 It is SO ORDERED.
14
15 Dated: June 8, 2005.                           /s/Lawrence K. Karlton
                                                               United States District Judge