```
1   KELLY A. JOHNSON, Acting Assistant Attorney General
    JEAN E. WILLIAMS, Chief
2   LISA L. RUSSELL, Assistant Chief
    KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (Counsel for Service)
3   United States Department of Justice
    Environment and Natural Resources Division
4   Wildlife and Marine Resources Section
    Benjamin Franklin Station, P.O. Box 7369
5   Washington, D.C. 20044-7369
    Telephone: (202) 305-0219
6   Facsimile: (202) 305-0275

7   McGREGOR W. SCOTT
    United States Attorney
8   EDMUND F. BRENNAN
    Assistant United States Attorney
9   501 I Street, Suite 10-100
    Sacramento, California 95814
10  Tele: (916) 554-2766

11  Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW J. HOGAN, Acting Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior, <br><br> Defendants, <br> and <br><br> DEFENDERS OF WILDLIFE; BUTTE ENVIRONMENTAL COUNCIL; AND CALIFORNIA NATIVE PLANT SOCIETY, <br><br> Defendant-Intervenor Applicants | No: 2:05-cv-00629-LKK-GGH <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |

Stipulation and [Proposed] Order                                      No.: 2:05-cv-00629-LKK-GGH
Extending Time to File Joint Status Report

1   By Order dated June 8, 2005, the Court stayed all proceedings in this case until July 31, 2005, by which date the U.S. Fish and Wildlife Service ("FWS") was scheduled to issue the final rule required by <u>Butte Environmental Council, et al. v. Norton</u>, No. 2:04-cv-00096-WBS-KJM, slip op. at 25 (E.D. Cal. Oct. 29, 2004). The Court directed the parties to file a Joint Status Report within 14 days after the expiration of the stay proposing a schedule for further proceedings.

FWS has indicated that the final rule will be published in the Federal Register on August 11, 2005. See <u>http://www.fws.gov/pacific/sacramento/</u> (last visited August 9, 2005) (copy attached as Exhibit A). Therefore, pursuant to Local Rules 83-143 and 6-144(a), the parties stipulate that the due date for filing the Joint Status Report should be extended to and including September 9, 2005, so that the parties will have sufficient time to analyze the rule and confer prior to proposing a schedule for further proceedings.

Respectfully submitted this 10th day of August, 2005.

|  |  |
|---|---|
| ___/s/ M. Reed Hopper___<br>M. REED HOPPER<br>Pacific Legal Foundation<br>3900 Lennane Drive<br>Suite 200<br>Sacramento, CA 95834<br>Tele: (916) 419-7111<br>Fax: (916) 419-7747<br><br>Attorney for Plaintiffs | KELLY A. JOHNSON<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Chief<br>LISA L. RUSSELL, Assistant Chief<br><br>___/s/ Kevin W. McArdle___<br>KEVIN W. McARDLE, Trial Attorney<br>DC Bar # 454569<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0219<br>Facsimile: (202) 305-0275<br><br>Attorneys for Federal Defendants |

**IT IS SO ORDERED,**

this 15th day of August, 2005.    /s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Judge, United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2005, I electronically filed a copy of the forgoing STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

>M. Reed Hopper
>E-mail:  mrh@pacificlegal.org
>Attorney for Plaintiffs

>Brian Segee
>E-mail: bsegee@defenders.org
>Attorney for Defendant-Intervenor Applicants

I further certify that on this 10th day of August, 2005, I caused to be served, via first-class mail, postage prepared, a copy of the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT on the following:

>Jason C. Rylander
>Butte Environmental Council
>Defenders of Wildlife
>1130 17th Street Northwest
>Washington, DC 20036
>Attorney for Defendant-Intervenor Applicants

>/s/ Kevin W. McArdle
>KEVIN W. McARDLE
>Attorney for Federal Defendants
>U.S. Department of Justice
>Wildlife & Marine Resources Section
>Ben Franklin Station, P.O. Box 7369
>Washington, D.C. 20044-7369