```
 1  KELLY A. JOHNSON, Acting Assistant Attorney General
    JEAN E. WILLIAMS, Chief
 2  LISA L. RUSSELL, Assistant Chief
    KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (Counsel for Service)
 3  United States Department of Justice
    Environment and Natural Resources Division
 4  Wildlife and Marine Resources Section
    Benjamin Franklin Station, P.O. Box 7369
 5  Washington, D.C. 20044-7369
    Telephone: (202) 305-0219
 6  Facsimile: (202) 305-0275

 7  McGREGOR W. SCOTT
    United States Attorney
 8  EDMUND F. BRENNAN
    Assistant United States Attorney
 9  501 I Street, Suite 10-100
    Sacramento, California 95814
10  Tele: (916) 554-2766

11  Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; MATTHEW J. HOGAN, Acting Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior,<br><br>　　　　　Defendants,<br>and<br><br>DEFENDERS OF WILDLIFE; BUTTE ENVIRONMENTAL COUNCIL; AND CALIFORNIA NATIVE PLANT SOCIETY,<br><br>　　　　　Defendant-Intervenor Applicants | No: 2:05-cv-00629-LKK-GGH<br><br>**ORDER** |

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　No.: 2:05-cv-00629-LKK-GGH

Upon consideration of the parties' September 9, 2005 joint status report proposing a schedule for further proceedings in this case, it is hereby ORDERED that:

(a)  Plaintiffs shall file an amended complaint on or before **October 31, 2005**;

(b)  Federal Defendants shall file their answer or other response to the amended complaint on or before **November 30, 2005**;

(c)  Federal Defendants shall file the administrative record on or before **December 16, 2005**;

(d)  Plaintiffs shall file their motion for summary judgment on the administrative record on or before **February 3, 2006**;

(e)  Federal Defendants shall file their opposition and cross-motion for summary judgment on or before **March 17, 2006**;

(f)  Plaintiffs shall file their reply and opposition on or before **March 31, 2006**;

(g)  Federal Defendants' shall file their reply on or before **April 14, 2006**; and

(h)  Hearing on the motions is SET for **May 22, 2006** at 10:00 a.m. in Courtroom No. 4.

SO ORDERED this 14th day of September, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2005, I electronically filed a copy of the forgoing [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system which, pursuant to L.R. 5-135(a), will automatically notify the following individuals of the filing via e-mail:

>M. Reed Hopper
>E-mail: mrh@pacificlegal.org
>Attorney for Plaintiffs

>Brian Segee
>E-mail: bsegee@defenders.org
>Attorney for Defendant-Intervenor Applicants

I further certify that on this 9th day of September, 2005, I caused to be served, via first-class mail, postage prepared, a copy of the foregoing [PROPOSED] ORDER on the following:

>Jason C. Rylander
>Butte Environmental Council
>Defenders of Wildlife
>1130 17th Street Northwest
>Washington, DC 20036
>Attorney for Defendant-Intervenor Applicants

>/s/ Kevin W. McArdle
>KEVIN W. McARDLE
>Attorney for Federal Defendants
>U.S. Department of Justice
>Wildlife & Marine Resources Section
>Ben Franklin Station, P.O. Box 7369
>Washington, D.C. 20044-7369