UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA, et al.,

        NO. CIV. S-05-629 LKK/GGH

    Plaintiffs,

  v.                          O R D E R

UNITED STATES FISH AND WILDLIFE
SERVICE, et al.,

    Defendants.
                           /

DEFENDERS OF THE WILDLIFE, et al.,

    Intervenors.
                            /

    On November 28, 2005, a Status Conference was held in the above-captioned case to discuss an outstanding motion to intervene as well as the current scheduling order.  As there is no opposition to the motion to intervene, the court hereby GRANTS the motion to intervene as to defendants Butte Environmental Council, California Native Plant Society, and Defenders of Wildlife (collectively

1

1  "intervenors").
2     The original briefing schedule set forth in the court's
3  September 14, 2005 order is CONFIRMED.
4     IT IS SO ORDERED.
5     DATED:  November 29, 2005
6                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
7                               SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26