1  SUE ELLEN WOOLDRIDGE, Assistant Attorney General
   JEAN E. WILLIAMS, Chief
2  LISA L. RUSSELL, Assistant Chief
   KEVIN W. McARDLE, Trial Attorney (SBN 454569 (DC)) (**Counsel for Service**)
3  United States Department of Justice
   Environment and Natural Resources Division
4  Wildlife and Marine Resources Section
   Benjamin Franklin Station, P.O. Box 7369
5  Washington, D.C. 20044-7369
   Telephone: (202) 305-0219
6  Facsimile: (202) 305-0275

7  McGREGOR W. SCOTT
   United States Attorney
8  EDMUND F. BRENNAN
   Assistant United States Attorney
9  501 I Street, Suite 10-100
   Sacramento, California 95814
10 Tele: (916) 554-2766

11 Attorneys for Federal Defendants

12             UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF CALIFORNIA
13
   HOME BUILDERS ASSOCIATION OF                )
14 NORTHERN CALIFORNIA; BUILDING                )
   INDUSTRY LEGAL DEFENSE FOUNDATION;           )
15 CALIFORNIA BUILDING INDUSTRY                 )
   ASSOCIATION; CALIFORNIA STATE GRANGE;        )
16 and GREENHORN GRANGE,                        )
                                                )
17         Plaintiffs,                          )
       v.                                       )  No: 2:05-cv-00629-LKK-GGH
18                                              )
   UNITED STATES FISH AND WILDLIFE              )
19 SERVICE; MATTHEW J. HOGAN, Acting Director   )  **STIPULATION AND**
   of the United States Fish and Wildlife Service; )  **[PROPOSED] ORDER**
20 UNITED STATES DEPARTMENT OF INTERIOR;        )  **REGARDING PAPER COPY OF**
   and GALE A. NORTON, Secretary of the United  )  **ADMINISTRATIVE RECORD**
21 States Department of Interior,               )
                                                )
22         Defendants,                          )
   and                                          )
23                                              )
   DEFENDERS OF WILDLIFE; BUTTE                 )
24 ENVIRONMENTAL COUNCIL; AND                   )
   CALIFORNIA NATIVE PLANT SOCIETY,             )
25                                              )
           Defendant-Intervenor Applicants      )
26                                              )

27  _____

28

Stipulation and [Proposed] Order Regarding                    No.: 2:05-cv-00629-LKK-GGH
Paper Copy of Administrative Record

1    Pursuant to the Court's Order dated September 14, 2005, Federal Defendants are required to file the administrative record on December 16, 2005. Federal Defendants intend to file and serve upon the other parties the complete administrative record in electronic form.

Pursuant to L.R. 39-138(b), Federal Defendants are also required to provide the Court with a courtesy paper copy of the administrative record. With respect to the courtesy paper copy, the parties respectfully stipulate as follows:

(1)   Concurrent with the filing and service of the complete administrative record in electronic form, Federal Defendants will provide the Court with a courtesy paper copy of certain core record documents, including the final rules at issue, the proposed rules, and the economic analyses;

(2)   Within seven days after the completion of briefing on cross-motions for summary judgment, Federal Defendants will provide the Court with a courtesy paper copy of any additional record documents cited in the briefs;

(3)   Within seven days after oral argument on cross-motions for summary judgment, and after conferring with the other parties, Federal Defendants will provide the Court with a paper copy of any additional record documents that the parties believe the Court should possess; and

(4)   The parties stipulate and agree that the Court's decision on cross-motions for summary judgment will be based exclusively on those portions of the administrative record provided to the Court in paper form, plus any supplements to the record authorized by the Court.

1  Respectfully submitted this 13th day of December, 2005.

2

3                                                                  SUE ELLEN WOOLDRIDGE
                                                                   Assistant Attorney General
4     */s/ M. Reed Hopper*                          JEAN E. WILLIAMS, Chief
   M. REED HOPPER                                                  LISA L. RUSSELL, Assistant Chief
5  Pacific Legal Foundation
   3900 Lennane Drive                                                 *Kevin W. McArdle*
6  Suite 200                                                       KEVIN W. McARDLE, Trial Attorney
   Sacramento, CA 95834                                            DC Bar # 454569
7  Tele: (916) 419-7111                                            United States Department of Justice
   Fax: (916) 419-7747                                             Environment & Natural Resources Division
8                                                                  Wildlife and Marine Resources Section
   Attorney for Plaintiffs                                         Benjamin Franklin Station, P.O. Box 7369
9                                                                  Washington, D.C. 20044-7369
                                                                   Telephone: (202) 305-0219
10                                                                 Facsimile: (202) 305-0275

11                                                                 Attorneys for Federal Defendants

12
                                                                      *Jason C. Rylander*
13                                                                 Jason C. Rylander (Pro Hac Vice)
                                                                   Brian Segeee (CA Bar No. 200795
14                                                                 Defenders of Wildlife
                                                                   1130 17th Street, N.W.
15                                                                 Washington, DC 20036
                                                                   Tele: (202) 682-9400
16                                                                 Fax: (202) 682-1331

17                                                                 Attorney for Defendant-Intervenors

18

19
   **IT IS SO ORDERED,**
20
   this 13th day of December, 2005.                                /s/Lawrence K. Karlton
21                                                                 Lawrence K. Karlton
                                                                   Senior Judge
22                                                                 United States District Court

23

24

25

26

27

28