UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

---

HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; CALIFORNIA STATE GRANGE; and GREENHORN GRANGE,

  Plaintiffs,

 v.

UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service; UNITED STATES DEPARTMENT OF INTERIOR; and GALE A. NORTON, Secretary of the United States Department of Interior,

  Defendants,

and

DEFENDERS OF WILDLIFE; BUTTE ENVIRONMENTAL COUNCIL; AND CALIFORNIA NATIVE PLANT SOCIETY,

  Defendant-Intervenors.

No: 2:05-cv-00629-LKK-GGH

**ORDER**

---

BUTTE ENVIRONMENTAL COUNCIL, DEFENDERS OF WILDLIFE, CALIFORNIA NATIVE PLANT SOCIETY, SAN JOAQUIN RAPTOR AND WILDLIFE RESCUE CENTER, SIERRA FOOTHILLS AUDUBON SOCIETY, and VERNALPOOLS.ORG,

  Plaintiffs,

 v.

GALE A. NORTON, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE,

  Defendants.

No: 2:05-cv-02524-LKK-PAN

The Court is in receipt of the parties' stipulation to consolidate the above cases and to modify the briefing schedule established by the September 14, 2005 Order in No. 2:05-cv–00629. Good cause appearing, the above cases are CONSOLIDATED, No. 2:05-cv-00629 is designated the lead case, and No. 2:05-cv-02524 is merged into No. 2:05-cv-00629.

It is further ORDERED that the briefing schedule established by the Court's September 14, 2005 Order in No. 2:05-cv-00629 is VACATED and replaced with the following schedule:

| Date | Action |
|---|---|
| February 24, 2006 | Federal Defendants shall file their Answer to Plaintiffs' Complaint filed in No. 2:05-cv-02524. |
| March 20, 2006 | Plaintiffs in No. 2:05-cv-00629 (hereinafter "Home Builders") shall file their motion for summary judgment on the administrative record; and |
| | Defendant-Intervenors in No. 2:05-cv-00629 and Plaintiffs in No. 2:05-cv-02524 (collectively "Environmental Groups") shall file their motion for summary judgment on the administrative record. |
| May 5, 2006 | Federal Defendants shall file their combined cross-motion for summary judgment and opposition to Home Builders' and Environmental Groups' motions; |
| May 26, 2006 | Home Builders shall file their combined reply to Federal Defendants' opposition and opposition to Federal Defendants' and Environmental Groups' motions; and |
| | Environmental Groups shall file their combined reply to Federal Defendants' opposition and opposition to Federal Defendants' and Home Builders' motions. |
| June 9, 2006 | Federal Defendants will file their reply to Home Builders' and Environmental Groups' oppositions. |
| June 23, 2006 | Home Builders will file their reply to Environmental Groups' opposition, and Environmental Groups will file their reply to Home Builders' opposition. |

Finally, the Order dated December 13, 2005 in No. 2:05-cv-02524 setting an initial scheduling conference for February 13, 2006 is VACATED.

IT IS SO ORDERED.

DATED:     January 12, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT