```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  HOME BUILDERS ASSOCIATION OF
    NORTHERN CALIFORNIA, et al.,
12                                           NO. CIV. S-05-629 LKK/GGH
13           Plaintiffs,
14       v.                                         O R D E R
15  UNITED STATES FISH AND WILDLIFE
    SERVICE, et al.,
16
             Defendants.
17  _____/
18  DEFENDERS OF THE WILDLIFE, et al.,
19           Intervenors.
    _____/
20
```

21      The court is in receipt of a motion to intervene and a
22 proposed order shortening time filed by the City of Suisun in the
23 above-captioned matter.  The City of Suisun contends that it is
24 entitled to intervention and requests that the court resolve its
25 motion to intervene immediately so as not to disrupt the court's
26 January 12, 2006 briefing schedule requiring the parties to file

1

1  motions for summary judgment by March 20, 2006.  Having considered
2  the City of Suisun's request, the court hereby orders that
3  opposition briefs or statements of non-opposition to the motion to
4  intervene shall be filed no later than February 27, 2006 at 10:00
5  a.m.
6     IT IS SO ORDERED.
7     DATED:  February 22, 2006.

8                           /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
9                           SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2