1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  HOME BUILDERS ASSOCIATION OF
    NORTHERN CALIFORNIA, et al.,
12                                     NO. CIV. S-05-629 LKK/GGH

13          Plaintiffs,

14     v.                                    O R D E R

15  UNITED STATES FISH AND WILDLIFE
    SERVICE, et al.,
16
            Defendants.
17  _____/

18  DEFENDERS OF THE WILDLIFE, et al.,

19          Intervenors.
    _____/
20

21       The parties' cross-motions for summary judgment are currently

22  set for hearing on July 24, 2006.  On March 31, 2005, plaintiffs

23  filed a notice of related cases, asserting that the above-captioned

24  case is related to <u>Butte Environmental Council v. Norton</u>, No. Civ.

25  S-04-96 WBS/KJM.  Counsel failed, however, to file a copy of the

26  notice of related cases in Judge Shubb's case.

                                  1

1        Accordingly, the court hereby ORDERS that:

2        1.  The Clerk is directed to file a copy of the notice of

3   related cases in Civ. S-04-96 WBS/KJM;

4        2.  The Clerk is directed to serve a copy of this order on

5   Judge Shubb; and

6        3.  Hearing on the motions, currently set for July 24, 2006,

7   is VACATED, to be reset by the parties should Judge Shubb decline

8   to relate the cases.

9        IT IS SO ORDERED.

10       DATED: July 14, 2006.

                                LAWRENCE K. KARLTON
11                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                     2