UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA, et al.,

         Plaintiffs,

   v.

NO. CIV. S-05-629 LKK GGH

UNITED STATES FISH AND WILDLIFE
SERVICE, et al.,

         Defendants.
_____/

DEFENDERS OF THE WILDLIFE, et al.,

         Intervenors.
_____/

BUTTE ENVIRONMENTAL COUNCIL,

         Plaintiffs,

   v.

NORTON,

         Defendant.
_____/

NO. CIV. S-04-0096 WBS KJM

RELATED CASE ORDER

----oo0oo----

     Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule

83-123, E.D. Cal. (1997).  Plaintiffs are challenging the validity of the same critical habitat areas and the adequacy of the same economic analysis.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and the same magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the actions denominated Civ. 2:04-0096 WBS KJM and Civ. 2:05-0629 LKK GGH should be, and the same hereby are, reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Kimberly J. Mueller for all further proceedings.  Henceforth the captions on all documents filed in the reassigned cases shall be shown as Civ. S-04-0096 WBS KJM and Civ. S-05-0629 WBS KJM, and any dates currently set in the reassigned cases only are hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE