
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA, et al., and
BUTTE ENVIRONMENTAL COUNCIL,
et al.,

          Plaintiffs,
  and

CITY OF SUISUN and TSAKOPOULOS
INVESTMENTS, et al.,

          Plaintiff-Intervenors,

      v.

UNITED STATES FISH AND WILDLIFE
SERVICE, et al.,

          Defendants,
and

DEFENDERS OF WILDLIFE, et. al.,

          Defendant-Intervenors.

No. 2:05-cv-00629-WBS-KJM (lead);
No. 2:05-cv-02524-WBS-KJM (consolidated)

**ORDER**

      This matter is before the Court on Federal Defendants' Consent Motion for leave to appear at the January 22, 2007 hearing on the pending motions for reconsideration (docket nos. 158 and 160) and motion to intervene (docket no. 163) *via* telephone.  For good cause shown, it is hereby ORDERED that the Motion is GRANTED.  Mr. McArdle may appear at the hearing telephonically.  The court assumes that Mr. Wright or another representative of the United States Attorney's office will appear in person.

DATED:  January 18, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE