Brian Segee (Calif. Bar No. 200795)
Jason Rylander (Admitted Pro Hac Vice)
Defenders of Wildlife
1130 17th Street, NW
Washington, D.C. 20036
Telephone: (202) 682-9400
Facsimile: (202) 682-1331
bsegee@defenders.org, jrylander@defenders.org

Neil Levine (Calif. Bar No. 163557)
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone: (303) 996-9611
Facsimile: (303) 623-8083
nlevine@earthjustice.org

Attorneys for Plaintiffs/Defendant-Intervenors

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs; <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE et al., <br><br> Defendants; <br><br> and <br><br> DEFENDERS OF WILDLIFE, et al.; <br><br> Defendant-Intervenors. | No: 2:05-cv-00629-WBS-GGH <br> (Consolidated with Case No. 2:05-cv-02524-WBS-GGH) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO STAY BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS |
| BUTTE ENVIRONMENTAL COUNCIL, et al.; <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendants; | |

Plaintiffs Butte Environmental Council, Defenders of Wildlife and California Native Plant Society, San Joaquin Raptor and Wildlife Rescue Center, Sierra Foothills Audubon Society and

PDF created with pdfFactory trial version www.pdffactory.com

vernalpools.org and Federal Defendants Dirk Kempthorne and the U.S. Fish and Wildlife Service jointly stipulate and request court approval staying the briefing and consideration of Plaintiffs' Motion for Attorney Fees and Costs, which is being filed concurrently with this Stipulation.  Plaintiffs filed the Motion for Attorney Fees and Costs to comply with the timing requirements of Fed. R. Civ. P. 54(d) and Local Rules 54-292 and 54-293.  The parties request a stay of briefing until July 23, 2007, 60 days after Defendants complete the court-ordered remand and send a new decision to the Federal Register on May 24, 2007 (which is 120 days from the Court's January 24, 2007 Order).  A stay will allow time for the parties to attempt to resolve the attorney fees and costs motion without the assistance of the court and to account for the possibility of an appeal.  Plaintiffs will file a Noticed Motion and their supporting papers at the conclusion of the stay period if the issue is not resolved.

Respectfully submitted,

Dated: February 6, 2007             */s/ Neil Levine*
                                    Neil Levine
                                    Brian Segee

                                    Attorneys for Plaintiffs


Dated: February 6, 2007             */s/ Kevin McArdle*
                                    Kevin McArdle
                                    U.S. Dept. of Justice

                                    Attorney for Federal Defendants


IT IS SO ORDERED.  This order constitutes a continuance of the briefing schedule, not a stay of any prior order of the court.

Dated:  February 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Joint Motion to Stay Briefing

PDF created with pdfFactory trial version www.pdffactory.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin McArdle
U.S. Dep't of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Kevin.mcardle@usdoj.gov

/s/ *Neil Levine*

Joint Motion to Stay Briefing

PDF created with pdfFactory trial version www.pdffactory.com