UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUL 3 1 2007
CLERK U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al., and BUTTE ENVIRONMENTAL COUNCIL, et al.,

Plaintiffs,

and

CITY OF SUISUN and TSAKOPOULOS INVESTMENTS, et al.,

Plaintiff-Intervenors,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, et al.,

Defendants,

and

DEFENDERS OF WILDLIFE, et. al.,

Defendant-Intervenors.

No. 2:05-cv-00629-WBS-KJM (lead);
No. 2:05-cv-02524-WBS-KJM (consolidated)

[~~PROPOSED~~] ORDER

This matter is before the Court on Federal Defendants' Consent Motion for Entry of Judgment. For good cause shown, and because the remand required by the Courts' orders dated November 2, 2006 (Dkt. 157) and January 24, 2007 (Dkt. 189) has been completed, the Court determines that final judgment should be entered terminating these consolidated cases. Accordingly, consistent with the terms of the Court's November 2, 2006 and January 24, 2007 orders, it is hereby ORDERED AND ADJUDGED as follows:

1. The motion for summary judgment filed by Plaintiffs Home Builders Association of Northern California, Building Industry Legal Defense Foundation, California Building Industry Association, California State Grange, and Greenhorn Grange is DENIED.

2. The motion for summary judgment filed by Plaintiffs-Intervenors Tsakopoulos Investments, Tsakopoulos Family Trust, Drosoula Tsakopoulos, and George Tsakopoulos is DENIED.

3. The motion for summary judgment filed by Plaintiffs Butte Environmental Council, Defenders of Wildlife, California Native Plant Society, San Joaquin Raptor and Wildlife Rescue Center, Sierra Foothills Audubon Society, and Vernalpools.org (collectively the "Environmental Groups") is GRANTED on the limited ground that the U.S. Fish and Wildlife Service failed to consider the recovery standard under the Endangered Species Act, pursuant to the Ninth Circuit's guidance in Gifford Pinchot Task Force v. U.S. Fish & Wildlife Service, 378 F.3d 1059, 1069 (9th Cir. 2004). In all other respects, the Environmental Groups' motion for summary judgment is DENIED.

4. Except as provided in paragraph 3 above, the motion for summary judgment filed by Federal Defendants United States Fish and Wildlife Service; H. Dale Hall, Director of the United States Fish and Wildlife Service; the United States Department of the Interior; and Dirk Kempthorne, Secretary of the Interior, is GRANTED.

5. This Order and Judgment shall constitute the FINAL JUDGMENT of the Court in these consolidated cases.

IT IS SO ORDERED.

DATED:   7/31, 2007

HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT COURT