Brian Segee (Calif. Bar No. 200795)
Jason Rylander (Admitted Pro Hac Vice)
Defenders of Wildlife
1130 17th Street, NW
Washington, D.C. 20036
Telephone: (202) 682-9400
Facsimile: (202) 682-1331
bsegee@defenders.org, jrylander@defenders.org

Neil Levine (Calif. Bar No. 163557)
Law Offices
2539 Eliot Street
Denver, Colorado 80211
Telephone: (303)-455-0604
Facsimile: (303)-484-8470
nlevine@grandcanyontrust.org

Attorneys for Plaintiffs/Defendant-Intervenors

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al., Plaintiffs; <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE et al., <br><br> Defendants; <br><br> and <br><br> DEFENDERS OF WILDLIFE, et al.; <br><br> Defendant-Intervenors. | No: 2:05-cv-00629-WBS-GGH <br> (Consolidated with Case No. 2:05-cv-02524-WBS-GGH) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO STAY BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS |
| BUTTE ENVIRONMENTAL COUNCIL, et al.; <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE, <br><br> Defendants; | |

Plaintiffs Butte Environmental Council, Defenders of Wildlife and California Native Plant Society, San Joaquin Raptor and Wildlife Rescue Center, Sierra Foothills Audubon Society and vernalpools.org and Federal Defendants the U.S. Fish and Wildlife Service, the U.S. Department of the Interior, Dirk Kempthorne, Secretary of the Interior, and H. Dale Hall, Director, U.S. Fish and Wildlife Service, jointly stipulate jointly stipulate and request court approval staying the briefing and consideration of Plaintiffs' Motion for Attorney Fees and Costs, which was filed with the Court February 6, 2007. Plaintiffs filed the Motion for Attorney Fees and Costs to comply with the timing requirements of Fed. R. Civ. P. 54(d) and Local Rules 54-292 and 54-293. The parties request a stay of briefing until October 1, 2007. Final Judgment was entered July 31, 2007. A stay of briefing and consideration of Plaintiffs' Motion will allow time for the parties to attempt to resolve the attorney fees and costs motion without the assistance of the court and to account for the possibility of an appeal. Plaintiffs will file an Amended Noticed Motion and their supporting papers at the conclusion of the stay period if the issue is not resolved.

Respectfully submitted,

Dated: August 1, 2007    /s/ Neil Levine
                         Neil Levine
                         Brian Segee

                         Attorneys for Plaintiffs

Dated: August 1, 2007    /s/ Kevin McArdle
                         Kevin McArdle
                         U.S. Dept. of Justice

                         Attorney for Federal Defendants

IT IS SO ORDERED

Dated: August 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin McArdle
U.S. Dep't of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Kevin.mcardle@usdoj.gov

/s/ *Neil Levine*