Brian Segee (Calif. Bar No. 200795)
Jason Rylander (Admitted Pro Hac Vice)
Defenders of Wildlife
1130 17th Street, NW
Washington, D.C. 20036
Telephone: (202) 682-9400
Facsimile: (202) 682-1331
bsegee@defenders.org, jrylander@defenders.org

Neil Levine (Calif. Bar No. 163557)
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone: (303) 996-9611
Facsimile: (303) 623-8083
nlevine@earthjustice.org

Attorneys for Plaintiffs/Defendant-Intervenors

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al., <br><br>　　　　　Plaintiffs; <br><br>　　v. <br><br>UNITED STATES FISH AND WILDLIFE SERVICE et al., <br><br>　　　　　Defendants; <br><br>and <br><br>DEFENDERS OF WILDLIFE, et al.; <br><br>　　　　　Defendant-Intervenors. | No: 2:05-cv-00629-WBS-GGH <br>(Consolidated with Case No. 2:05-cv-02524-WBS-GGH) <br><br>STIPULATION AND [~~PROPOSED~~] ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS |
| BUTTE ENVIRONMENTAL COUNCIL, et al.; <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>GALE NORTON, Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE, <br><br>　　　　　Defendants; | |

Plaintiffs Butte Environmental Council, Defenders of Wildlife and California Native Plant Society, San Joaquin Raptor and Wildlife Rescue Center, Sierra Foothills Audubon Society and vernalpools.org and Federal Defendants Dirk Kempthorne and the U.S. Fish and Wildlife Service have met and conferred regarding Plaintiffs' Motion for Attorney Fees and Costs, but have been unavailable to reach a mutually-agreeable resolution.  Accordingly, the parties have agreed to the following briefing schedule and proposed hearing date for Plaintiffs' Motion:

    Plaintiffs' Motion and supporting papers: October 1, 2007

    Defendants' Opposition Brief: October 24, 2007

    Plaintiffs' Rely Brief: November 14, 2007

    Hearing Date:  December 10, 2007 at 2:00 p.m.

Respectfully submitted,

Dated: September 25, 2007    /s/ Neil Levine
Neil Levine
Brian Segee

Attorneys for Plaintiffs

Dated: September 25, 2007    /s/ Kevin McArdle
Kevin McArdle
U.S. Dept. of Justice

Attorney for Federal Defendants

IT IS SO ORDERED

Dated:  September 25, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Briefing Schedule Stipulation

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 25, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin McArdle
U.S. Dep't of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Kevin.mcardle@usdoj.gov

<u>/s/ *Neil Levine*</u>

Briefing Schedule Stipulation